# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CHARLENE RENEE CARNEY,** | ) CASE NO. 1:16-cv-02136-DAP |
| | ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| | ) |
| vs. | ) **ORDER ADOPTING REPORT** |
| | ) **AND RECOMMENDATION** |
| **COMMISSIONER OF SOCIAL** | ) |
| **SECURITY ADMINISTRATION** | ) |
| | ) |
| | ) |
| Defendant. | ) |

Before the Court is the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg ("R & R"), Doc #. 18, issued on June 9, 2017, which recommends that the Court vacate the Commissioner's final decision and remand the matter.

Under the relevant statute,

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1). However, where a party fails to object, a district court is not required to

conduct any review, *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The failure to file written objections also results in a waiver of the right to appeal. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985).

Here, any objections to the R & R were due on June 23, 2017. The time for objection has thus passed, and no objections have been filed. Nonetheless, the Court has reviewed the Magistrate Judge's thorough R & R. The Court agrees with the Magistrate Judge that the ALJ has failed to articulate good reasons for affording Dr. Gross's opinion less than controlling weight.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R & R, Doc. # 18, in full, **VACATES** the Commissioner's decision, and **REMANDS** Plaintiff's case to the Social Security Administration for further proceedings consistent with this Order and the R & R.

**IT IS SO ORDERED.**

/s/ Dan A. Polster     June. 27, 2017
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**